GUEUTAL et al., Respondents, v. GUEUTAL et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by George Gueutal and others against Adele Gueutal and others. I. N. Williams, for appellants. H. R. Squier,

for respondents. No opinion. Judgment affirmed, with costs. 113 App. Div. 310, 98 N. Y. Supp. 1002. Order filed.

In re GUGGENHEIMER'S ESTATE. (Supreme Court, Appellate Division, First Department. December 7, 1906.) In the matter of Meyer Guggenheimer, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.